■ FREDERICK KATZ, Respondent, v. CHARLES FISCHLER et al., Appellants.— Appeal from order entered on February 21, 1961, granting plaintiff's motion for summary judgment and directing an assessment of damages, unanimously dismissed, without costs. No opinion. Order entered on February 21, 1961, denying defendants' cross motion for a change of venue, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Order, entered on March 14, 1961, granting motion to vacate defendants' notice of examination, unanimously reversed, on the law and on the facts, without costs, and motion by plaintiff to vacate defendants' notice to examine plaintiff before trial, denied, and the taking of the inquest by the plaintiff is stayed pending such examination, all upon condition, however, that defendants shall within 10 days of entry of order hereon duly file and serve a duly approved surety company bond in the sum of $50,000 conditioned for payment by defendants of any judgment recovered by plaintiff herein, with costs; and upon failure to so serve and file said bond, the order is in all respects affirmed. The foregoing is substantially in accordance with the considerations discussed on the argument. Plaintiff may, on service of a notice, have an examination of defendants before trial to follow his examination by defendants. Settle order on notice. Motion to dismiss appeal denied as academic in view of disposition of appeal decided herein. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC., Respondent, v. ACME CIRCUS OPERATING COMPANY, INC., Doing Business as CLYDE BEATTY-COLE BROS. CIRCUS, et al., Appellants.— Order entered on March 30, 1961, granting plaintiff's motion for an injunction *pendente lite* and fixing bond in an amount of $25,000, unanimously affirmed. Costs are withheld due to the excessive length for respondent's brief. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ DANIEL P. FRENCH, Individually, and as President of Local Union 490, Brotherhood of Painters, Decorators & Paperhangers of America (Also Known as Paperhangers Local 490), AFL–CIO, et al., Appellants, v. MARTIN RARBACK, as Secretary-Treasurer, or LOUIS CAPUTO, as President of District Council No. 9, Brotherhood of Painters, Decorators & Paperhangers of America, for the Boroughs of Manhattan and The Bronx, Respondent.— Order entered on March 28, 1961, denying plaintiffs' motion for a temporary injunction and granting defendant's cross motion to dismiss the complaint, pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice, with leave to replead, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ ROBERT GOLDING et al., Appellants, v. HARRY W. GOLDING et al., Respondents.— Order entered on December 27, 1960, granting defendants' motion to strike, as sham, from the third amended complaint, all references to an alleged oral agreement, unanimously reversed, on the law, with $20 costs and disbursements to plaintiffs-appellants, and motion denied, with $10 costs. The allegations attacked are not sham within the meaning of rule 103 of the Rules of Civil Practice. On the other hand, the court does not pass on the sufficiency or admissibility of such matter. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.